IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-739-MOC-DCK

| | |
|---|---|
| GARY SURGEON, ) | |
| Plaintiff, ) | ORDER |
| v. ) | |
| WAREHOUSE HOME FURNISHINGS ) DISTRIBUTORS, INC., d/b/a ) FARMERS HOME FURNITURE, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel Benjamin M. Sheridan on August 30, 2024.

Applicant Bart D. Cohen seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Bart D. Cohen is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 1, 2024

David C. Keesler
United States Magistrate Judge