IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-739-MOC-DCK

| GARY SURGEON, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| WAREHOUSE HOME FURNISHINGS DISTRIBUTORS, INC., d/b/a Farmers Home Furniture, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Local Counsel Benjamin M. Sheridan on October 23, 2024.

Applicant Katherine M. Aizpuru seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Katherine M. Aizpuru is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: October 23, 2024

David C. Keesler
United States Magistrate Judge